

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00139-CR

---

Jose M. Lopez, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 120th District Court
El Paso County, Texas
Trial Court No. 20230D02641

---

## MEMORANDUM OPINION

This appeal is before the Court on Appellant Jose M. Lopez's motion to dismiss. *See* Tex. R. App. P. 42.2(a) (governing voluntary dismissal of criminal appeals). The motion is signed by Lopez and his counsel, as required by Rule 42.2(a), and states that he no longer desires to pursue his appeal. *Id.* Accordingly, we GRANT the motion and dismiss the appeal.

GINA M. PALAFOX, Justice

September 26, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
(Salas Mendoza, C.J., not participating)

(Do Not Publish)